PETER WASYLEC, Respondent, v. SAUL STAMBLER et al., Appellants, et al., Defendants. PRUDENTIAL OPERATING CO., INC., Appellant, v. PETER WASYLEC, et al., Respondents, et al., Defendants. COUNTY DOLLAR CORPORATION, Respondent, v. EMPIRE PARK, INC., Appellant, et al., Defendant.—

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.